<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1686**

ELSA IRMA LOAYZA,

Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: February 23, 2010          Decided: March 8, 2010

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Anthony A. Fatemi, ANTHONY A. FATEMI, LLC, Bethesda, Maryland, for Petitioner. Tony West, Assistant Attorney General, Stephen J. Flynn, Assistant Director, Ann M. Welhaf, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elsa Irma Loayza, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) affirming the Immigration Judge's order of removal and denying Loayza's motion to reopen and remand. We have reviewed the administrative record and Loayza's claims and find them to be without merit. We accordingly deny the petition for review for the reasons stated by the Board. See In re: Loayza (B.I.A. May 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED